United States District Court
Western District of Texas
Austin
Deficiency Notice

| | |
|---|---|
| To: | Burris, Denver T. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Tuesday, June 10, 2025 |
| Re: | 01:25-CV-00862-ADA / Doc # 1 / Filed On: 06/04/2025 |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document IMMEDIATELY. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.

> Your Certificate of Service does not indicate means of service on attorneys for plaintiff, who at the time of filing had not been added to the docket and therefore has not been served via CM/ECF. Please file an Amended Certificate of Service as a SEPARATE PLEADING. Use the "Certificate of Service" event under the "Service of Process" menu. State the means of service to counsel.