UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JACKQUELINE McDANIEL | § | |
| | § | |
| v. | § | Civil No. 1:25-cv-00862-ADA |
| | § | |
| HEALTH AND HUMAN SERVICES COMMISSION | § | |

**O R D E R**

The above captioned cause, having been removed to this Court on June 04, 2025 from the 459th Judicial District Court, Travis County, TX, D-1-GN-25-002943 and the Court being of the opinion that a copy of the complete record (minus discovery) in this case is necessary.

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, **if it has not already done so**, shall within ten (10) days from the date of this order supplement the record with state court pleadings. The supplement is to be electronically filed and shall include a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

SIGNED this the 10th day of June 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE