IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JACQUELINE McDANIEL<br>*Plaintiff*,<br><br>v.<br><br>HEALTH AND HUMAN<br>SERVICES COMMISSION<br>*Defendant*, | § § § § § § § § § § § |

CAUSE NO. 1:25-cv-00862

## HEALTH AND HUMAN SERVICES AMENDED CERTIFICATE OF SERVICE

TO THE HONORABLE JUDGE ALBRIGHT:

Defendant Health and Human Services Commission ("HHSC") filed their Notice of Removal on June 4, 2025, along with the required Civil Cover Sheet and State Court pleadings. (ECF 1-3).

On June 4, 2025, counsel for HHSC also forwarded ECF's 1-3 to the Law Office of Levy & Levy PA via email. *See* Ex. A.

Date: June 10, 2025

                                       Respectfully submitted.

                                       KEN PAXTON
                                       Attorney General of Texas

                                       BRENT WEBSTER
                                       First Assistant Attorney General

                                       RALPH MOLINA
                                       Deputy First Assistant Attorney General

                                       AUSTIN KINGHORN

Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief for General Litigation Division

*/s/ Denver Burris*
DENVER BURRIS
Assistant Attorney General
Texas Bar No. 24138940
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4105 | FAX: (512) 320-0667
Denver.Burris@oag.texas.gov

*ATTORNEYS FOR HHSC*

## CERTIFICATE OF SERVICE

I certify that that on June 10, 2025, this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

Chad Levy
State Bar No. 24117779
Law Offices of Levy & Levy, P.A.
325 N. Saint Paul St., Suite 3100
Dallas, Texas 75201
954-763-5722
Assistant@levylevylaw.com
**ATTORNEY FOR PLAINTIFF**

*/s/ Denver Burris*
**DENVER BURRIS**
Assistant Attorney General

| | |
|---|---|
| From: | Michelle Elliott |
| To: | Harris@levylevylaw.com |
| Cc: | Denver Burris; assistant@levylevylaw.com |
| Subject: | McDaniel File |
| Date: | Wednesday, June 4, 2025 2:32:00 PM |
| Attachments: | 20250604_2-1_Supplement.pdf |
| | 20250604_3-0_State Court Records.pdf |
| | 20250604_3-1_Pleadings.pdf |
| | 20250604_1-0_HHSC"s Notice of Removal.pdf |
| | 20250604_2-0_Civil Cover Sheet.pdf |

Mr. Nizel,

Attached, please find the Notice of Removal and associated documents that were filed with the Federal Court today.

Thank you,

*Michelle Elliott*
Legal Assistant to
Scot M. Graydon
And Denver Burris

EXHIBIT A