IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JACKQUELINE MCDANIEL,

                                    CASE NO: 1:25-cv-00862

        Plaintiff,

vs.

HEALTH AND HUMAN SERVICES COMMISSION,

        Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

The parties hereby submit this Joint Notice of Settlement of this matter and anticipate

having the settlement papers completed and stipulation of dismissal filed with the Court

within ninety (90) days hereof.

Respectfully submitted on December 3, 2025.

| OFFICE OF THE ATTORNEY GENERAL | LAW OFFICES OF LEVY & LEVY, P.A. |
|---|---|
| *Counsel for Defendant* | *Counsel for Plaintiff* |
| P.O. Box 12548, Capitol Station | 325 N. Saint Paul Street, Suite #3100 |
| Austin, Texas 78711 | Dallas, Texas 75201 |
| Telephone: (254) 495-6560 | Telephone: (954) 763-5722 |
| Facsimile: (512) 320-0667 | Facsimile: (954) 763-5723 |

*/s/ Denver Burris*
Denver Burris, Esq.
Texas Bar No.: 24138940
Denver.burris@oag.texas.gov

*/s/Chad Levy, Esq.*
Chad Levy, Esq.
Texas Bar No. 24117779
chad@levylevylaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 3, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se identified on the attached Service List in the matter specified either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_s/Chad Levy_____
CHAD E. LEVY, ESQ.

## SERVICE LIST

Denver Burris, Esq.
Texas Bar No. 24138940
Assistant Attorney General
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711
Tel: (254) 495-6560
Fax: (512) 320-0667
Denver.burris@oag.texas.gov
_Counsel for Defendant_